**Order entered April 7, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01310-CR
### No. 05-19-01339-CR

## DAYLIN BRIGGS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 265th Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. F18-39435-R & F19-75450-R

## ORDER

Before the Court is appellant's April 3, 2020 motion to supplement the record. In the motion, appellant states that the "smart player . . . included in Appellant's copy of State's Exhibit 4" does not work. We have reviewed the February 21, 2020 supplemental reporter's record on file at the Court. It contains State's Exhibit 4 and a smart player that plays all video clips that comprise State's Exhibit 4. Therefore, we **DENY** appellant's motion.

/s/    BILL PEDERSEN, III
        JUSTICE